IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. SULLIVAN and CATHLEEN SULLIVAN, | |
| Plaintiffs, | 4:20-CV-3015 |
| vs. | JUDGMENT |
| JESUS GARZA d/b/a JG Trucking, | |
| Defendant. | |

On the plaintiffs' motion to dismiss (filing 56), this case is dismissed with prejudice.

Dated this 15th day of September, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge